# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(202) 551-1763
robertmasters@paulhastings.com

April 25, 2007

The Honorable William M. Nickerson
United States District Judge
United States District Court of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, MD 21201

Re:   Settlement Agreement in Civil Action No. 1:06-CV-1921

Dear Judge Nickerson:

The parties in Civil Action No. 1:06-CV-1921 have reached a settlement agreement and respectfully request that a settlement order be issued and the case dismissed with prejudice, with leave to reopen in 30 days should the settlement not be consummated. This request is brought with Plaintiff's counsel's concurrence.

Sincerely,

/s/ Robert M. Masters
Robert M. Masters (Bar No. 14770)
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington D.C., 20005
Telephone:  (202) 551-1763
Facsimile:  (202) 551-1705
robertmasters@paulhastings.com